## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO 18-CV-22918

SEAN CASEY,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

*Plaintiff*,

v.

INTERNATIONAL MALL MOTOR
COMPANY, D/B/A ESSERMAN
INTERNATIONAL ACURA,

*Defendant*.

_____/

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Sean Casey, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do

hereby dismisses this this action as follows:

1.      All claims of the Plaintiff, Sean Casey, individually, are hereby dismissed with prejudice.

2.      All claims of any unnamed member of the alleged class are hereby dismissed without

prejudice.

Date: January 31, 2019

Respectfully Submitted,

| **SHAMIS & GENTILE, P.A.** | **EDELSBERG LAW, P.A.** |
|---|---|
| /s/ Andrew J. Shamis | Scott A. Edelsberg, Esq. |
|  | Florida Bar No. 100537 |
| Andrew J. Shamis, Esq. | 19495 Biscayne Blvd. |
| Florida Bar No. 101754 | # 607 |
| 14 NE 1st Ave. | Aventura, FL 33180 |
| Suite 1205 | Scott@edelsberglaw.com |
|  | Telephone: 305-975-3320 |
| Miami, Florida 33132 |  |
| ashamis@shamisgentile.com | Counsel for Plaintiff and the Class |
| Telephone: 305.479.2299 |  |
|  |  |
| Counsel for Plaintiff and the Class |  |
| **HIRALDO P.A.** |  |
| Manuel S. Hiraldo, Esq. |  |
| Florida Bar No. 030380 |  |
| mhiraldo@hiraldolaw.com |  |
| 401 E. Las Olas Boulevard |  |
| Suite 1400 |  |
| Fort Lauderdale, Florida 33301 |  |
| Telephone: 954.400.4713 |  |
|  |  |
| Counsel for Plaintiff and the Class |  |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 1205
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:     /S/Andrew J. Shamis____
         ANDREW J. SHAMIS, ESQ
         Florida Bar # 101754

         *Attorneys for Plaintiff Sean Casey and all others*
         *similarly situated.*